1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD K. SHRUHAN, JR. an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>APPLE INC., a Delaware corporation, and DOES 1-10,<br><br>   Defendants. | Case No. 5:22-cv-5498-EJD-NMC<br><br>**ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFF'S SECTION OF THE PARTIES' JOINT DISCOVERY DISPUTE LETTER CONCERNING PLAINTIFF'S DEPOSITION NOTICES OF KATE ADAMS AND BJ WATROUS** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Apple Inc. has filed an administrative motion to seal portions of Plaintiff's section of the Parties' Joint Discovery Dispute Letter Concerning Plaintiff's Deposition Notices of Kate Adams and BJ Watrous ("Discovery Letter") that contain Apple's attorney-client privileged/attorney work product information and Apple's confidential business information.

Having reviewed the parties' submissions, and compelling reasons having been shown, the Court **GRANTS** Apple's motion and orders as follows:

| Document | Portion(s) Sought to be Redacted | Reasons for Redacting | Ruling |
|---|---|---|---|
| Joint Discovery Dispute Letter Concerning Plaintiff's Deposition Notices of Kate Adams and BJ Watrous, ECF 67. | pp. 5:16-26, 6:4, 16, 18 | Compelling reasons exist to redact this material because it: (1) specifically describes Plaintiff's purported involvement in an attorney-client privileged investigation about a third-party application in the App Store that was conducted by Apple's legal department; and (2) specifically describes Apple's business and policy decisions regarding applications on the App Store, which are CONFIDENTIAL under the Parties' Stipulated Protected Order, and which Apple has made significant efforts to keep highly confidential. Declaration of Sean Cameron, ¶¶ 3-6. | |
| | | The proposed redactions are narrowly tailored because there is no alternative to sealing attorney-client privileged and attorney work product information. Any less restrictive alternative would waive the privilege, which Apple will not do. Further Apple is only seeking narrowly tailored redactions of specific allegations containing attorney-client privileged/attorney work product information and confidential Apple business information; any other information | |

| Document | Portion(s) Sought to be Redacted | Reasons for Redacting | Ruling |
|---|---|---|---|
|  |  | is left unredacted. |  |

Dated:  December 18, 2024

_____
HON. NATHANAEL M. COUSINS
United States Magistrate Judge

