1  JESSICA R. PERRY (STATE BAR NO. 209321)
   ANNIE PRASAD VADILLO (STATE BAR NO. 318440)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA  94025-1015
   Telephone:    +1 650 614 7400
4  Facsimile:    +1 650 614 7401
   jperry@orrick.com
5  avadillo@orrick.com

6  Attorneys for Defendant
   APPLE INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  | DONALD K. SHRUHAN, JR. an individual, | Case No. 5:22-cv-5498-EJD |
13  | Plaintiff, | **DECLARATION OF ANNIE PRASAD VADILLO IN SUPPORT OF DEFENDANT APPLE INC.'S L.R. 6-3 MOTION TO CHANGE TIME** |
14  | v. | |
15  | APPLE INC., a Delaware corporation, and DOES 1-10, | |
16  | | |
17  | Defendants. | |

I, Annie Prasad Vadillo, hereby declare:

1. I am an active member of the State Bar of California and am authorized to practice before this Court. I am an attorney with Orrick, Herrington & Sutcliffe LLP, attorneys of record for Defendant Apple Inc. I make this declaration in support of Defendant Apple Inc.'s L-R 6-3 Motion to Change Time. I have personal knowledge of the matters contained in this declaration, or where stated, I am informed and believe that the information is true and correct.

2. On January 9, 2025, the parties exchanged expert witness reports. Plaintiff designated a damages expert and Apple did as well. On January 23, 2025, the parties exchanged expert witness rebuttal reports. On January 27, 2025, I contacted counsel for Plaintiff Jessica Thompson and the other attorneys from her office on the service list via email to ask Plaintiff to stipulate to the requested brief continuance of the expert discovery cut-off, in light of the settlement conference and status conference with the Court. Plaintiff's counsel did not respond. I followed up via email again on January 29, 2025 and indicated that if the parties could not stipulate, Apple would notice Plaintiff's expert's deposition for Monday February 3. Ms. Thompson did not respond, nor did any of the other attorneys from her office on this matter. Attached hereto as **Exhibit A** is a true and correct copy of the emails I sent to Ms. Thompson, including the proposed stipulation I included for her review. At 3:08 p.m. on January 29, I called Ms, Thompson to discuss the issue but she did not answer the phone or respond in any other way.

3. There has been one previous time modifications in this case to extend the fact discovery cut-off briefly by one month in October 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed on January 29, 2025 in Menlo Park, California.

                                                             /s/ Annie Prasad Vadillo
                                                              Annie Prasad Vadillo

# EXHIBIT A

| | |
|---|---|
| **From:** | Vadillo, Annie Prasad |
| **Sent:** | Wednesday, January 29, 2025 10:08 AM |
| **To:** | jessicat@hbsslaw.com; stephaniev@hbsslaw.com; Bill Stevens; Marty McLean; cbrennan@hkm.com |
| **Cc:** | Perry, Jessica R.; Weaver, Nicholas |
| **Subject:** | RE: Shruhan v. Apple - expert discovery |
| **Attachments:** | Apple_Shruhan - Stipulation and Proposed Order Re Expert Discovery 4164-0102-2808 2.docx |

Hi Jessica, following up on this. Can you please let us know today? If we can't agree, we will need to schedule DiLucente's deposition for Monday.

Best,

Annie

---

**From:** Vadillo, Annie Prasad
**Sent:** Monday, January 27, 2025 4:04 PM
**To:** jessicat@hbsslaw.com; stephaniev@hbsslaw.com; Bill Stevens <BillS@hbsslaw.com>; Marty McLean <MartyM@hbsslaw.com>; cbrennan@hkm.com
**Cc:** Perry, Jessica R. <jperry@orrick.com>; Weaver, Nicholas <nweaver@orrick.com>; Vadillo, Annie Prasad <avadillo@orrick.com>
**Subject:** Shruhan v. Apple - expert discovery

Hi Jessica,

The expert discovery cut-off is currently set for next week, on February 4. Given the upcoming February 6 and February 20 conferences with the court, we propose stipulating to extend the expert discovery cut-off to March 7, 2025 so the parties can complete expert depositions. Are you agreeable to that? I'm attaching a draft stipulation and proposed order for your review.

Thanks,

Annie

**Annie Prasad Vadillo**
Senior Associate
Employment Law

Orrick
Silicon Valley

T +1-650-614-7419
M +1-415-813-8105
avadillo@orrick.com

1  JESSICA THOMPSON, *pro hac vice*
   STEPHANIE VERDOIA, *pro hac vice*
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Second Avenue, Suite 2000
3  Seattle, WA  98101
   Telephone:     +1 206 268 9370
4  jessicat@hbsslaw.com
   stephaniev@hbsslaw.com
5
   CECILIA N. BRENNAN (STATE BAR NO. 243954)
6  HKM EMPLOYMENT ATTORNEYS LLP
   401 West A Street, Suite 200 (#77)
7  San Diego, CA  92101
   Telephone:     +1 619 717 6410
8  cbrennan@hkm.com

9  Attorneys for Plaintiff
   DONALD K. SHRUHAN, JR. an individual
10

11 JESSICA R. PERRY (STATE BAR NO. 209321)
   ANJALI PRASAD VADILLO (STATE BAR NO. 318440)
12 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
13 Menlo Park, CA  94025-1015
   Telephone:     +1 650 614 7400
14 Facsimile:     +1 650 614 7401
   jperry@orrick.com
15 avadillo@orrick.com

16 Attorneys for Defendant
   APPLE INC.
17

18                      UNITED STATES DISTRICT COURT

19                     NORTHERN DISTRICT OF CALIFORNIA

20                             SAN JOSE DIVISION

21

22 DONALD K. SHRUHAN, JR. an individual,   Case No. 5:22-cv-5498-EJD

23             Plaintiff,                   **STIPULATION AND [PROPOSED]**
                                            **ORDER RE: EXPERT DISCOVERY**
24       v.

25 APPLE INC., a Delaware corporation,

26             Defendant.

27

28

**STIPULATION**

**WHEREAS**, the parties are diligently pursuing discovery in this matter, including expert discovery which currently closes on February 4, 2025;

**WHEREAS**, both parties have designated a damages expert in this matter;

**WHEREAS**, there is a further settlement conference scheduled with Judge Cousins on February 6, 2025;

**WHEREAS**, no trial date is currently set in this matter and the parties will update the Court on the status of this matter at a status conference set for February 20, 2025;

**WHEREAS**, the Parties have agreed, for the above reasons, to request the Court extend the deadline to conduct expert depositions of each party's damages expert after the currently set February 4, 2025 expert discovery cut-off to March 7, 2025;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties to this case that good cause exists to conduct the expert depositions after the February 4, 2025 expert discovery cut-off, and respectfully request that the Court order the expert discovery cut-off be extended to March 7, 2025.

Dated: January 27, 2025        Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: _____
    JESSICA THOMPSON

Attorneys for Plaintiff
DONALD K. SHRUHAN, JR.

Dated: January 27, 2025        ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Anjali Prasad Vadillo
    ANJALI PRASAD VADILLO

Attorneys for Defendant
APPLE INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

                                        EDWARD J. DAVILA
                                        UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025. I am readily familiar with the business practices of this office for E-Filing and processing of pleadings for electronic transmission with the United States District Court, Northern District of California. On January 29, 2025 I served the following:

**STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY**

| | |
|---|---|
| Jessica Thompson, pro hac vice<br>Stephanie Verdoia, pro hac vice<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington 98101<br>Telephone: (206) 268-9370<br>jessicat@hbsslaw.com<br>stephaniev@hbsslaw.com | Cecilia N. Brennan, Esq.<br>HKM EMPLOYMENT ATTORNEYS LLP<br>401 West A Street, Suite 200 (#77)<br>San Diego, CA 92101<br>Tel/Fax: (619) 717-6410<br>cbrennan@hkm.com |

on the above parties in this action by:

[X]   **ELECTRONIC TRANSMISSION:** I declare that a copy of said document(s) was filed electronically on the above date through the ECF system for the United States District Court for the Northern District of California and to the best of my knowledge, notice of this filing will be transmitted to all parties through the Court's ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 29, 2025.

/s Josette Romero
Josette Romero