UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD K. SHRUHAN, JR. an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC., a Delaware corporation, and DOES 1-10,<br><br>    Defendants. | Case No. 5:22-cv-5498-EJD<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT APPLE INC.'S L.R. 6-3 MOTION TO CHANGE TIME** |

## [PROPOSED] ORDER

Having considered the parties' papers, the applicable law, the relevant pleadings and papers on file, and arguments with respect to Defendant's Motion to Change Time pursuant to Local Rule 6-3, the Court concludes that Defendant's Motion is **GRANTED**. For good cause shown, the expert discovery cut-off is continued from February 4, 2025 to March 7, 2025.

**IT IS SO ORDERED.**

Dated: January 29, 2025

Hon. Edward J. Davila
United States District Judge